# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE ANNE WATKINS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. ED CV 11-0343 JCG <br><br> **AMENDED JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

Dated: January 18, 2012

_____
Hon. Jay C. Gandhi
United States Magistrate Judge